**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-60365-CIV-COHN/SELTZER

FERNANDO DURAND,

    Plaintiff,

vs.

FEDERATED LAW GROUP, PLLC,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), FERNANDO DURAND, Plaintiff herein, voluntarily dismisses without prejudice the above-entitled action as to FEDERATED LAW GROUP, PLLC, Defendant herein.

Dated: February 27, 2013                        Respectfully submitted,

                                                        s/ J. Dennis Card, Jr._____
                                                        J. Dennis Card Jr., Esq.
                                                        Florida Bar No. 0487473
                                                        E-mail: Dcard@archerbay.com
                                                        Archer Bay, P.A.
                                                        2639 Dr. MLK Jr. Street N.
                                                        St. Petersburg, FL 33704
                                                        Telephone: (727) 822-8696
                                                        Facsimile: (866) 984-5239
                                                        Attorney for Plaintiff