UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60365-CIV-COHN/SELTZER

FERNANDO DURAND,

    Plaintiff,

vs.

FEDERATED LAW GROUP, PLLC,

    Defendant.

_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal Without Prejudice [DE 6]. Because the Plaintiff has dismissed this action, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.